IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE CAMPBELL, as parent and next friend of EP, a minor, | ) ) ) |
| | ) Case No.: 22-cv-2258 |
| Plaintiff, | ) ) Honorable Judge Mary M. Rowland |
| v. | ) ) Amended Complaint for Violation of Civil ) Rights |
| City of Chicago Police Officers Zachary Daniels, Star No. 9605, Giuseppe Imburgia, Star No. 8274, and Anthony Cesenda, Star No. 18156, | ) **JURY DEMANDED** ) ) ) |
| Defendants. | ) ) |

## AMENDED COMPLAINT AT LAW

Plaintiff, Nicole Campbell, as parent and next friend of EP, a minor, by and through her attorneys, Ed Fox & Associates, Ltd., files the following Amended Complaint:

### JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983). This Court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343 and 1331.

2. The venue is founded in this judicial Court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

### PARTIES

3. At all times mentioned herein, Plaintiff Nicole Campbell ("Plaintiff"), as parent and next friend of EP ("minor Plaintiff"), a minor, was and is a citizen of the United States and was within the jurisdiction of this Court.

4. At all times mentioned herein, Defendants, Chicago Police Officers Zachary Daniels, Star No. 9605 ("Daniels"), Giuseppe Imburgia, Star No. 8274 ("Imburgia"), and Anthony Cesenda, Star No. 18156 ("Cesenda"), (collectively "Defendants") were employed by the City of Chicago Police Department and acted under the color of state law and as the employee, agent, or representative of the City of Chicago Police Department. Plaintiff is suing Defendants in their individual capacities.

## FACTUAL ALLEGATIONS

5. On or about June 29, 2021, at all times material, Daniels and his partner responded to a domestic-related event regarding a mentally ill minor at or near 7231 N. Damen Ave. Chicago, Illinois.

6. Plaintiff informed Daniels and his partner about minor Plaintiff's mental illnesses.

7. Thereafter, additional police officers, Imburgia and Cesenda, arrived at the scene.

8. Imburgoa and Cesenda were notified of the above-mentioned nature of the event and the circumstances upon arrival.

9. Defendants, each of them, handcuffed and detained minor Plaintiff.

10. There was no just cause to handcuff and detain minor Plaintiff.

11. Defendants, each of them, used excessive force while detaining minor Plaintiff.

12. There was no just cause to use force while handcuffing and detaining minor Plaintiff.

13. As a direct and proximate result of one or more of the above-mentioned actions and/or omissions by Defendants, each of them, minor Plaintiff suffered significant injuries, including but not limited to the loss of liberty, invasion of privacy, humiliation and indignities, and suffered great mental and emotional pain in an amount yet to be ascertained.

14. The actions and/or omissions by Defendants as mentioned above were willful, wanton, malicious, oppressive, and done with reckless indifference and/or callous disregard for minor Plaintiff's rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

15. By reason of the actions and/or omissions mentioned above by Defendants, Plaintiff, as parent and next friend of minor Plaintiff, retained attorneys to institute, prosecute, and render legal assistance to her in the within action so that they might vindicate the loss and impairment of minor Plaintiff's rights. By reason thereof, Plaintiff, as parent and next friend of minor Plaintiff, requests payment by Defendants of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act, or any other provision set by law.

**COUNT I**
**PLAINTIFF AGAINST DEFENDANTS FOR WRONGFUL DETENTION IN VIOLATION OF THE FOURTH AMENDMENT**

16. Plaintiff, as parent and next friend of minor Plaintiff, hereby incorporates and realleges paragraphs one through fifteen (15) hereat as though fully set forth at this place.

17. Defendants, each of them, deprived minor Plaintiff of his rights, privileges, and immunities secured to him by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

18. The arbitrary detention of minor Plaintiff violated his Constitutional Rights and was not authorized by law. Defendants violated minor Plaintiff's rights by unlawfully handcuffing and detaining him without just cause. The foregoing was unnecessary, unreasonable, excessive, and therefore violated minor Plaintiff's rights. Accordingly, Defendants, each of them, are liable to Plaintiff, as parent and next friend of minor Plaintiff, pursuant to 42 U.S.C. § 1983.

**COUNT II**

## PLAINTIFF AGAINST DEFENDANTS FOR EXCESSIVE FORCE IN VIOLATION OF THE FOURTH AMENDMENT

19. Plaintiff, as parent and next friend of minor Plaintiff, hereby incorporates and realleges paragraphs one (1) through fifteen (15) hereat as though fully set forth at this place.

20. Defendants, each of them, used excessive force while detaining minor Plaintiff's person.

21. There was no legal cause for Defendants to use force against minor Plaintiff.

22. By reason of Defendant's conduct, minor Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

23. The physical violence inflicted upon minor Plaintiff was unnecessary, unreasonable, and excessive and violated minor Plaintiff's Fourth Amendment Rights. Therefore, Defendants are liable to Plaintiff, as parent and next friend of minor Plaintiff, pursuant to 42 U.S.C. § 1983.

**WHEREFORE**, Plaintiff, Nicole Campbell, as parent and next friend of EP, a minor, by and through her attorneys, Ed Fox & Associates, Ltd., request judgment as follows:

1. That Defendants pay for emotional distress, in a sum to be ascertained;
2. That Defendants pay for special damages;
3. That Defendants for attorney's fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act, or any other applicable provision;
4. That Defendants pay punitive and exemplary damages in a sum to be ascertained;
5. That Defendants pay costs of the suit herein incurred; and
6. Such other and further relief as this Court may deem just and proper

BY: /s/Peter T. Sadelski
Peter T. Sadelski
ED FOX & ASSOCIATES, LTD.
*Attorneys for Plaintiffs*
118 N. Clinton St., Suite 425
Chicago, Illinois 60661
(312) 345-8877
psadelski@efoxlaw.com
efox@efox-law.com

**PLAINTIFFS HEREBY REQUEST A TRIAL BY JURY**

BY: /s/Peter T. Sadelski
Peter T. Sadelski
ED FOX & ASSOCIATES, LTD.
*Attorneys for Plaintiffs*
118 N. Clinton St., Suite 425
Chicago, Illinois 60661
(312) 345-8877
psadelski@efoxlaw.com
efox@efox-law.com